AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| HUGH KRETSCHMER<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>WIZARD ENTERTAINMENT, INC., DAN H. BARNETT, and DOES 1-10, inclusive<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  0:26cv61882 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dan H. Barnett
2800 East Sunrise Boulevard, Unit 19D
Fort Lauderdale, FL 33304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James H. Bartolomei
Duncan Firm, P.A.
809 W. 3rd Street
Little Rock, AR 72201
Tel: (501) 228-7600
james@duncanfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Jul 8, 2026
_____



Angela E. Noble
Clerk of Court

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| HUGH KRETSCHMER | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  0:26cv61882 |
| WIZARD ENTERTAINMENT, INC., DAN H. BARNETT, and DOES 1-10, inclusive | ) ) ) |
| *Defendant(s)* | ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   WIZARD ENTERTAINMENT, INC.,
c/o Barrett, Chapman & Ruta
18 Wall Street
Orlando, Florida 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James H. Bartolomei
Duncan Firm, P.A.
809 W. 3rd Street
Little Rock, AR 72201
Tel: (501) 228-7600
james@duncanfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Jul 8, 2026



SUMMONS

*s/ K. Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court